IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDWARD SHAWN COBB, | § § § | |
| Petitioner, | § § | |
| v. | § § | 2:17-CV-141 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION, DENYING PETITION FOR A WRIT OF HABEAS CORPUS and DENYING RESPONDENT'S MOTION TO DISMISS AS MOOT

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On November 2, 2017, the United States Magistrate Judge issued findings, conclusions and a recommendation in this cause, recommending therein that the instant habeas application be denied. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Findings, Conclusions and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DENIED. Respondent's motion to dismiss [ECF #13] is DENIED as moot.

IT IS SO ORDERED.

ENTERED this __28th__ day of __November__ 2017.

s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES SENIOR DISTRICT JUDGE